[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 7, 2011
JOHN LEY
CLERK

No. 10-13441
Non-Argument Calendar

_____

D.C. Docket No. 1:08-cr-20436-DLG-9

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ANGEL PANIAGUA-MUNOZ,
a.k.a. El Viejito,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 7, 2011)

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Faith Mesnekoff, appointed counsel for Miguel Paniagua-Munoz, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Paniagua-Munoz's conviction and sentence are **AFFIRMED**.